CARMELO CAMPO, Respondent, v. THE GREGORY CONTRACTING CO., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

JEAN CAUCHOIS, Appellant, v. FREDERIC CAUCHOIS, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

CHESONS CORPORATION, Appellant, v. THE CITY OF NEW YORK and Others, Respondents.— Order affirmed, without costs, on the ground that it was a proper exercise of discretion at Special Term in denying plaintiff's motion to amend its complaint setting up a large sum as additional damages, in view of the long delay (*Dickins* v. *City of New York*, 228 App. Div. 853; *Gallagher* v. *Perot*, 122 Misc.° 845) and the fact that conditions have changed to the prejudice of the rights of defendants in respect to producing proof on the question of damages. (*Levy* v. *Delaware, L. & W. R. R. Co.*, 211 App. Div. 503.) Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK on Complaint of AGNES HANLEY, Respondent, v. FRED STALHUT, Appellant.— Order of filiation of the Court of Special Sessions of the City of New York, Borough of Queens, and order denying motion for a new trial unanimously affirmed. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

DAVID FLAUMENHAFT, Respondent, v. SADIE FLAUMENHAFT, Appellant.— Order denying defendant's motion to open her default reversed on the law and the facts, motion granted, and judgment vacated, without costs, upon the ground that it satisfactorily appears to us that at the time the inquest was taken the defendant was a sick woman and that her application for a brief postponement should not have been refused. The appeal from the judgment is dismissed, without costs. The order of this court will direct the plaintiff to pay *pendente lite* to the defendant fifteen dollars per week, commencing April 24, 1933, future payments of said amount to be made on Monday of each week, such sum being for the support of the children of the marriage; and also to pay, beginning May 1, 1933, the sum of thirty-five dollars each month for rent of premises in which the said children reside and shall reside; defendant to be denied any alimony until her right thereto is determined after trial. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

FRANCES GELTZ, Appellant, v. BERT GELTZ, Respondent.— Judgment unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

ANNA GLENN, Respondent, v. JOSEPH M. LeGRAND, Appellant.— Order denying defendant's motion to vacate order directing substituted service of the summons, and to vacate the service of the summons, modified by providing that the denial be without prejudice to a renewal of the application on papers which will set forth facts in detail showing that defendant was an actual resident of Chicago at the time the order for substituted service was made. As so modified, the order is affirmed, without costs. No opinion. Lazansky, P. J., Kapper, Hagarty and Carswell, JJ., concur; Davis, J., dissents and votes to reverse.